1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT FOR THE

7                              EASTERN DISTRICT OF CALIFORNIA

8

9   SHAWN GREENBLATT,                        1:12-cv-00046-SKO (PC)

10            Plaintiff,                      ORDER DENYING PLAINTIFF'S MOTION
                                             FOR SERVICE OF COMPLAINT AS
11  vs.                                       PREMATURE

12  PATEL, et al.,                            (Doc. 7)

13            Defendants.

14  _____/

15        On January 23, 2012, Plaintiff filed a motion seeking service of his complaint by the

16  United States Marshal.  Plaintiff is entitled to the appointment of the Marshal to serve process on

17  his behalf because he is proceeding in forma pauperis.  28 U.S.C. §1915(d); Fed. R. Civ. P.

18  4(c)(3).  However, the Marshal will not be directed by the Court to initiate service of the

19  complaint until the Court has screened Plaintiff's complaint and determined that it states

20  cognizable claims.  28 U.S.C. § 1915A.  Plaintiff is directed to review paragraph 12 of the First

21  Information Order, which sets forth an explanation regarding screening and service of process.

22  (Doc. 3.)

23        For the reasons set forth above, Plaintiff's motion for service of his complaint is

24  HEREBY DENIED as premature.

25

26  IT IS SO ORDERED.

27  **Dated:    January 27, 2012**            _____/s/ Sheila K. Oberto_____
                                             UNITED STATES MAGISTRATE JUDGE
28

-1-