IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN GREENBLATT, | 1:12-cv-00046-SKO (PC) |
|     Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR SERVICE OF COMPLAINT AS PREMATURE |
| vs. | |
| PATEL, et al., | (Doc. 7) |
|     Defendants. | |
| _____ / | |

    On January 23, 2012, Plaintiff filed a motion seeking service of his complaint by the United States Marshal. Plaintiff is entitled to the appointment of the Marshal to serve process on his behalf because he is proceeding in forma pauperis. 28 U.S.C. §1915(d); Fed. R. Civ. P. 4(c)(3). However, the Marshal will not be directed by the Court to initiate service of the complaint until the Court has screened Plaintiff's complaint and determined that it states cognizable claims. 28 U.S.C. § 1915A. Plaintiff is directed to review paragraph 12 of the First Information Order, which sets forth an explanation regarding screening and service of process. (Doc. 3.)

    For the reasons set forth above, Plaintiff's motion for service of his complaint is HEREBY DENIED as premature.

IT IS SO ORDERED.

**Dated:   January 27, 2012**               /s/ Sheila K. Oberto
                                                  UNITED STATES MAGISTRATE JUDGE