# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN PATRICK GREENBLATT,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. I. PATEL, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:12-cv-00046-SKO PC<br><br>SCREENING ORDER DISMISSING CERTAIN CLAIMS AND FINDING SERVICE OF COMPLAINT APPROPRIATE, PENDING IDENTIFICATION OF DOE DEFENDANTS<br><br>(Docs. 1 and 18) |

    Plaintiff Shawn Patrick Greenblatt, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 10, 2012. On October 3, 2012, the Court screened Plaintiff's complaint and found that it states a claim against Defendants Doe 1 and Doe 2 for violation of the Eighth Amendment, arising out of their failure to summon medical care for Plaintiff. 28 U.S.C. § 1915A; Fed. R. Civ. P. 8(a); <u>Ashcroft v. Iqbal</u>, 556 U.S. 662, 678, 129 S.Ct. 1937, 1949 (2009); <u>Bell Atlantic Corp. v. Twombly</u>, 550 U.S. 544, 555, 127 S.Ct. 1955, 1964-65 (2007). However, the Court found that Plaintiff's complaint does not state any Eighth Amendment claims against Defendants Delio, Davis, I. Patel, N. Patel, Lopez, and Biter, and the Court ordered Plaintiff to either file an amended complaint or notify the Court of his willingness to proceed only on the claim found to be cognizable. On November 21, 2012, Plaintiff filed a notice stating that he does not wish to amend and he is willing to proceed only on his cognizable claim.

///

///

///

Accordingly, based on Plaintiff's notice, it is HEREBY ORDERED that:

1. This action for damages shall proceed against Defendants Doe 1 and Doe 2 for violation of the Eighth Amendment, arising out of their failure to summon medical care for Plaintiff;

2. Plaintiff's Eighth Amendment claims against Defendants Delio, Davis, I. Patel, N. Patel, Lopez, and Biter are dismissed, with prejudice, for failure to state a claim; and

3. Service of the complaint by the United States Marshal is appropriate, pending identification of the Doe defendants.[1]

IT IS SO ORDERED.

**Dated:** **December 6, 2012** /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE

---

[1] In a separate order issued concurrently with this order, the Court referred this case to the Pro Bono Program for a limited appointment of counsel to assist Plaintiff in identifying the Doe defendants.