# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN PATRICK GREENBLATT,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. I. PATEL, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:12-cv-00046-SKO PC<br><br>ORDER GRANTING MOTION FOR ASSISTANCE AND REFERRING CASE TO PRO BONO PROGRAM FOR LIMITED APPOINTMENT OF COUNSEL<br><br>(Doc. 17) |

Plaintiff Shawn Patrick Greenblatt, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 10, 2012. This action for damages is proceeding against Defendants Doe 1 and Doe 2 for violating Plaintiff's rights under the Eighth Amendment of the United States Constitution. On November 21, 2012, Plaintiff filed a motion seeking assistance in identifying the Doe defendants.

Upon review of the record and in light of the difficulties an incarcerated pro se litigant will likely face in attempting to ascertain the identities of the defendants, the Court deems it appropriate to attempt to secure counsel for Plaintiff in this case, for the limited purpose of identifying the Doe defendants. 28 U.S.C. § 1915(e)(1); <u>Rand v. Rowland</u>, 113 F.3d 1520, 1525 (9th Cir. 1997).

///
///
///
///
///

Accordingly, this case is HEREBY REFERRED to Sujean Park, Program Director for the Pro Bono Program of the Eastern District of California, to seek voluntary counsel to represent Plaintiff in this action, with the appointment to be limited to identifying the Doe defendants so that service of process may be initiated.

IT IS SO ORDERED.

**Dated:   December 6, 2012**            /s/ Sheila K. Oberto
                                                                UNITED STATES MAGISTRATE JUDGE