# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN PATRICK GREENBLATT,<br><br>        Plaintiff,<br><br>    v.<br><br>DR. I. PATEL, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:12-cv-00046-SKO PC<br><br>ORDER APPOINTING LIMITED VOLUNTARY COUNSEL FOR PLAINTIFF<br><br>(Doc. 20)<br><br>ORDER REQUIRING STATUS REPORT WITHIN SIXTY DAYS |

Plaintiff Shawn Patrick Greenblatt, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 10, 2012.  This action for damages is proceeding against Defendants Doe 1 and Doe 2 for violation of the Eighth Amendment, arising out of their failure to summon medical care for Plaintiff.  (Docs. 1, 12, 18, 19.)

On December 7, 2012, the Court issued an order referring this matter to the Pro Bono Program of the Eastern District of California for the appointment of voluntary counsel to represent Plaintiff, with the appointment being limited to identifying the Doe defendants and amending the complaint so that service of process may be initiated.  Sarita Ordonez was selected from the Court's pro bono attorney panel to represent Plaintiff and she has agreed to the appointment.  Therefore, Ms. Ordonez shall be appointed to represent Plaintiff.

Ms. Ordonez shall have sixty days within which to review the record and undertake any initial investigatory steps she deems necessary.  No later than sixty days from the date of service of this order, Ms. Ordonez shall file a status report regarding her progress in identifying the Doe defendants.

Accordingly, IT IS HEREBY ORDERED that:

1. Sarita Ordonez is appointed to represent Plaintiff in the above entitled matter, limited to identifying the Doe defendants and filing an amended complaint naming them;

2. Ms. Ordonez shall notify Sujean Park, at (916) 930-4278, or via email at spark@caed.uscourts.gov, if she has any questions related to the appointment;

3. The Clerk of the Court is directed to serve a copy of this order upon Sarita Ordonez, Justice First, LLP, 4640 Cass Street, Unit 9990, San Diego, California, 92169; and

4. Within **sixty (60) days** from the date of service of this order, Ms. Ordonez shall file a status report.

IT IS SO ORDERED.

**Dated:   January 4, 2013**                     /s/ Sheila K. Oberto
                                                        UNITED STATES MAGISTRATE JUDGE