# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN PATRICK GREENBLATT,<br><br>          Plaintiff,<br><br>     v.<br><br>DR. I. PATEL, et al.,<br><br>          Defendants. | CASE NO. 1:12-cv-00046-SKO PC<br><br>ORDER STRIKING FILINGS AND DIRECTING CLERK'S OFFICE TO SERVE COURTESY COPY ON PLAINTIFF AT RJDCF<br><br>(Docs. 22 and 23) |

    Plaintiff Shawn Patrick Greenblatt, a state prisoner who was proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 10, 2012. On January 9, 2013, Plaintiff filed two motions.

    On January 7, 2013, the Court appointed counsel to represent Plaintiff during this phase of the proceedings. During the time period in which Plaintiff is represented by counsel, all court filings must be made by and through counsel. Accordingly, Plaintiff's motions, which were not filed by and through counsel, are HEREBY ORDERED STRICKEN from the record.

    The Clerk's Office is DIRECTED to serve a courtesy copy of this order on Plaintiff at R. J. Donovan Correctional Facility.

IT IS SO ORDERED.

**Dated:   January 10, 2013**          /s/ Sheila K. Oberto
                                                                  UNITED STATES MAGISTRATE JUDGE