# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN PATRICK GREENBLATT,<br><br>        Plaintiff,<br><br>    v.<br><br>DR. I. PATEL, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:12-cv-00046-SKO PC<br><br>ORDER GRANTING SECOND THIRTY-DAY EXTENSION OF TIME TO COMPLY WITH ORDER FILED JANUARY 7, 2013<br><br>(Doc. 27) |

Plaintiff Shawn Patrick Greenblatt, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 10, 2012. On January 7, 2013, the Court appointed counsel to represent Plaintiff for the limited purpose of identifying the Doe defendants and filing an amended complaint naming them. Plaintiff was ordered to file a status report within sixty days.

On April 16, 2013, Plaintiff filed a second status report seeking an additional thirty days to comply with the order of January 7, 2013. Good cause having been shown, Plaintiff's request is HEREBY GRANTED and he has an additional **thirty (30) days** from the date of service of this order within which to comply with the order of January 7, 2013.

IT IS SO ORDERED.

**Dated:    April 18, 2013**                                /s/ Sheila K. Oberto
                                                                    UNITED STATES MAGISTRATE JUDGE