# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN PATRICK GREENBLATT, | Case No. 1:12-cv-00046-SKO PC |
| Plaintiff, | ORDER GRANTING MOTION FOR ISSUANCE OF SUPOENA DUCES TECUM AND REQUIRING COUNSEL TO RESUBMIT THE SUBPOENA WITH AN UPDATED PRODUCTION DATE |
| v. | |
| DR. I. PATEL, et al., | |
| Defendants. | (Doc. 29) |
| | FIFTEEN-DAY DEADLINE |
| _____/ | |

Plaintiff Shawn Patrick Greenblatt, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 10, 2012. On January 7, 2013, the Court appointed counsel for Plaintiff for the limited purpose of ascertaining the identities of the two Doe defendants against whom this action proceeds. On May 16, 2013, counsel filed a motion seeking the issuance of a subpoena duces tecum directing the Warden of Kern Valley State Prison to produce the records necessary to identify the defendants, accompanied by a completed subpoena.

Plaintiff's motion shall be granted. Pursuant to Federal Rule of Civil Procedure 45(b)(1), this order serves as notice to the parties that the United States Marshal will be directed to initiate service of the subpoenas following the passage of fifteen days from the date of service of this

order.[1] However, due to the passage of time between the filing of the motion and the issuance of this order, counsel will need to resubmit a new subpoena with an updated production date.

Accordingly, based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's motion for the issuance of a subpoena duces tecum, filed on May 16, 2013, is GRANTED;

2. The issuance of a subpoena duces tecum directing the Warden of Kern Valley State Prison to produce responsive documents is authorized;

3. Pursuant to Rule 45(b)(1), the parties are placed on notice that the subpoena duces tecum will be issued after **fifteen (15) days** from the date of service of this order; and

4. Within **fifteen (15) days** from the date of service of this order, Plaintiff's counsel is directed to resubmit the subpoena with an updated production date.

IT IS SO ORDERED.

Dated:   **July 2, 2013**                              /s/ Sheila K. Oberto
                                                       UNITED STATES MAGISTRATE JUDGE

---

[1] At this time, neither defendant has been served or voluntarily appeared.

2