# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN PATRICK GREENBLATT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. I. PATEL, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:12-cv-00046-SKO PC<br><br>ORDER DIRECTING PERSONAL SERVICE OF SUBPOENA DUCES TECUM BY UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS<br><br>(Docs. 30 and 35) |

　　　Plaintiff Shawn Patrick Greenblatt, at state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 10, 2012. On July 3, 2013, the Court issued an order authorizing the issuance of a subpoena duces tecum. Fed. R. Civ. P. 4, 45; 28 U.S.C. § 1915(d).

　　　The requisite notice having been issued pursuant to Federal Rule of Civil Procedure 45(b)(1), it is HEREBY ORDERED that:

　　　1.　　The Clerk of the Court shall forward the following documents to the United States Marshal (USM):

　　　　　a.　　One (1) completed and issued subpoena duces tecum to be served on:

**Warden Martin Biter**
**Kern Valley State Prison**
**3000 W. Cecil Ave.**
**Delano, CA, 93215**

    b. One (1) completed USM-285 form; and

    c. Two (2) copies of this order, one to accompany the subpoena and one for the USM;

  2. Within **ten (10) days** from the date of this order, the USM is DIRECTED to serve the subpoena in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure;

  3. The USM SHALL effect **personal service** of the subpoena duces tecum, along with a copy of this order, upon the entities or individuals named in the subpoenas pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c); and

  4. Within **ten (10) days** after personal service is effected, the USM SHALL file the returns of service, along with the costs subsequently incurred in effecting service.  Said costs shall be enumerated on the USM-285 forms.

IT IS SO ORDERED.

 Dated: **August 1, 2013**       **/s/ Sheila K. Oberto**
                UNITED STATES MAGISTRATE JUDGE