# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN PATRICK GREENBLATT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. I. PATEL, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:12-cv-00046-SKO PC<br><br>ORDER RELIEVING VOLUNTARY COUNSEL OF APPOINTMENT FOLLOWING FULFILLMENT OF LIMITED APPOINTMENT OBLIGATION<br><br>(Docs. 21 and 38) |

　　　　Plaintiff Shawn Patrick Greenblatt, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 10, 2012. On January 7, 2013, the Court appointed attorney Sarita Ordonez to represent Plaintiff, limited to identifying the Doe defendants and filing an amended complaint naming them. On September 6, 2013, counsel filed an amended complaint naming the correctional sergeant and three correctional officers who were involved in the incident giving rise to Plaintiff's claim.

　　　　Accordingly, attorney Sarita Ordonez is HEREBY RELIEVED as counsel of record for Plaintiff following her fulfillment of her limited appointment obligation. The Clerk's Office shall serve a copy of this order on both Plaintiff and Ms. Ordonez, and it shall thereafter terminate Ms. Ordonez as Plaintiff's counsel of record.

IT IS SO ORDERED.

　Dated: **September 23, 2013**　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE