UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN GREENBLATT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>I. PATEL, et al.,<br><br>　　　　Defendant. | 1:12-cv-00046-SKO (PC)<br><br>ORDER (1) GRANTING SECOND MOTION TO EXTEND TIME TO RETURN SERVICE DOCUMENTS AND (2) DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF COPY OF AMENDED COMPLAINT, FOUR SUMMONSES, AND FOUR USM-285 FORMS<br><br>(Docs. 45 and 46)<br><br>THIRTY-DAY DEADLINE |

　　　On November 20 and 25, 2013, Plaintiff filed motions seeking new service documents, a copy of his amended complaint, and an extension of time to comply with the screening order directing him to complete and return the service packet. Good cause having been shown, it is HEREBY ORDERED that:

1

1. Plaintiff is granted **thirty (30) days** from the date of service of this order within which to return the service documents in compliance with the screening order; and

2. The Clerk's Office shall send Plaintiff a copy of his amended complaint, four summonses, and four USM-285 forms.

IT IS SO ORDERED.

Dated: __**December 5, 2013**__   _____/s/ Sheila K. Oberto_____
UNITED STATES MAGISTRATE JUDGE